UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   7:20MC00003 |
| | : | |
| WILLIAM A. WHITE | : | |

<u>UNITED STATES' RESPONSE TO MOTION TO UNSEAL SEARCH WARRANTS</u>

William A. White has filed a motion to unseal two search warrants issued by this Court on May 2, 2008 and August 21, 2008. Mot. At 1, Case No. 7:20MC3, ECF No. 1. He asserts the warrants should be unsealed as evidence United States engaged in "a fraudulent scheme designed to conceal the origins of the evidence presented at [his] trial," in part by "obtain[ing] search warrants and [sitting] Grand Juries in judicial districts around the country without any intent of bringing process in those districts." *Id.* He asserts he learned of two search warrants obtained on May 2, 2008 and August 21, 2008, in this district, which remain sealed.

White's allegations and arguments alleging government misconduct are without merit for the reasons set forth in the United States' Response to Unseal Grand Jury proceedings, filed on February 23, 2021, in Case Numbers 7:20MC00002 and 7:20MC00026. Nonetheless, after review of the warrants, the United States has determined it has no objection to unsealing redacted versions of the warrants and accompanying affidavits and will move to do so separately in the respective matters, Case Numbers 7:08MJ214 and 7:08MJ394.

Respectfully submitted,

DANIEL P. BUBAR
Acting United States Attorney

/s/ Jennifer R. Bockhorst
Attorney for United States of America
Tennessee Bar No. 021395
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)

CERTIFICATE OF SERVICE

I certify on Tuesday, March 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

/s/ Jennifer R. Bockhorst